715

62 So.2d 926

**James Eckford UNDERWOOD v. Verna Neal UNDERWOOD.**

**6 Div. 506.**

Supreme Court of Alabama.

Dec. 4, 1952.

PER CURIAM.

Appeal dismissed.

63 So.2d 902

**WESTERN RAILWAY OF ALABAMA v. Bertha D. ELLIS.**

**5 Div. 553.**

Supreme Court of Alabama.

Feb. 23, 1953.

Steiner, Crum & Baker, Montgomery, Walker & Walker, Opelika, and Powell & Powell, Tuskegee, for appellant.

R. E. L. Cope, Jr., Union Springs, and W. C. Hare, Tuskegee, for appellee.

PER CURIAM.

Appeal dismissed, and stay order dissolved per agreement.

LIVINGSTON, C. J., and LAWSON, GOODWYN and MERRILL, JJ., concur.

60 So.2d 914

**Horace C. WILKINSON v. Ben F. RAY, Chairman, State Democratic Executive Committee.**

**6 Div. 366.**

Supreme Court of Alabama.

June 23, 1952.

Horace C. Wilkinson, Birmingham, for appellant.

Harold M. Cook, Birmingham, and John C. Godbold, Montgomery, for appellee.

PER CURIAM.

Affirmed on authority of Ray v. Blair, 257 Ala. 151, 57 So.2d 395.

All Justices concur.

62 So.2d 925

**Katherine Whitfield WOLF v. Fred S. BALL, Trustee.**

**3 Div. 633.**

Supreme Court of Alabama.

Nov. 11, 1952.

Walter J. Knabe, Montgomery, for appellant.

Fred S. Ball, Jr., Montgomery, for appellee.

PER CURIAM.

Appeal dismissed.

62 So.2d 926

**Re W. Vandiver WOLF, pro ami.**

**3 Div. 647.**

Supreme Court of Alabama.

Dec. 16, 1952.

PER CURIAM.

Appeal dismissed by appellant.